# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1007**     **September Term, 2023**

FMC-21-05

**Filed On: January 23, 2024** [2037053]

MSC Mediterranean Shipping Company S.A.,

       Petitioner

       v.

Federal Maritime Commission and United States of America,

       Respondents

## O R D E R

The petition for review in this case was filed and docketed on January 12, 2024, and assigned the above number. It is, on the court's own motion,

**ORDERED** that petitioner submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | February 22, 2024 |
| Docketing Statement Form | February 22, 2024 |
| Procedural Motions, if any | February 22, 2024 |
| Statement of Intent to Utilize Deferred Joint Appendix | February 22, 2024 |
| Statement of Issues to be Raised | February 22, 2024 |
| Underlying Decision from Which Appeal or Petition Arises | February 22, 2024 |
| Dispositive Motions, if any | March 8, 2024 |

It is

**FURTHER ORDERED** that respondents submit the documents listed below by the dates indicated.

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1007**                                                                 **September Term, 2023**

| | |
|---|---:|
| Entry of Appearance Form | February 22, 2024 |
| Procedural Motions, if any | February 22, 2024 |
| Certified Index to the Record | March 8, 2024 |
| Dispositive Motions, if any | March 8, 2024 |

It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

    The Clerk is directed to transmit to respondents a copy of this order and a copy of the petition for review.

                                                  **FOR THE COURT:**
                                                  Mark J. Langer, Clerk

                              BY:    /s/
                                                  Erica M. Thorner
                                                  Deputy Clerk

The following forms and notices are available on the Court's website:

      Agency Docketing Statement Form
      Entry of Appearance Form
      Request to Enter Appellate Mediation Program
      Notice Concerning Expedition of Appeals and Petitions for Review
      Stipulation to be Placed in Stand-By Pool of Cases