# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 24-1007**　　　　　　　　　　　　**September Term, 2023**

　　　　　　　　　　　　　　　　　　　　　　　　　　FMC-21-05

　　　　　　　　　　　　　　　　　**Filed On: August 1, 2024** [2067835]

MSC Mediterranean Shipping Company S.A.,

　　　　　Petitioner

　　　v.

Federal Maritime Commission and United States of America,

　　　　　Respondents

------------------------------

MCS Industries, Inc.,
　　　　　　　　　Intervenor

------------------------------

Consolidated with 24-1262

## O R D E R

　　　It is **ORDERED**, on the court's own motion, that these cases be consolidated. It is

　　　**FURTHER ORDERED** that case No. 24-1007 be returned to the court's active docket. It is

　　　**FURTHER ORDERED** that the parties file motions to govern future proceedings by September 16, 2024.

　　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　　Mark J. Langer, Clerk

　　　　　　　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　　　　　　　　　　Deputy Clerk