

**U.S. Department of Justice**

Antitrust Division

RFK Main Justice Building

950 Pennsylvania Avenue, N.W.
Washington, DC 20530-0001

January 17, 2025

Clifton Cislak
Clerk, United States Court of Appeals
   for the District of Columbia Circuit
E. Prettyman U.S. Courthouse
333 Constitution Avenue, NW
Washington, DC 20001

      Re:   MSC Mediterranean Shipping Corp. v. Federal Maritime
            Commission and United States of America,
            <u>D.C. Cir. No. 24-1007</u>

Dear Mr. Cislak:

    Respondent United States takes no position with respect to the order of the Federal Maritime Commission under review.

                                    Sincerely,

                                    <u>/s/ Robert J. Wiggers</u>
                                    Robert J. Wiggers
                                    Attorney
                                    Appellate Section
                                    (202) 514-2460
                                    Robert.Wiggers@usdoj.gov

cc:    Counsel of Record
        (per CM/ECF)